■ In the Matter of ANYI M., a Person Alleged to be a Juvenile Delinquent, Appellant. [53 NYS3d 542]—

Order of disposition, Family Court, New York County (Adetokunbo O. Fasanya, J.), entered on or about April 8, 2016, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of criminal trespass in the second degree, and imposed a conditional discharge until December 31, 2016, unanimously affirmed, without costs.

The court providently exercised its discretion in denying appellant's request for an adjournment in contemplation of dismissal, and instead adjudicating him a juvenile delinquent and imposing a conditional discharge (*see Matter of Katherine W.*, 62 NY2d 947 [1984]), given the seriousness of the offense, which involved a residential burglary and the theft of valuable property, as well as negative factors in appellant's background. Furthermore, the court offered to reconsider this disposition if appellant complied with the terms of his conditional discharge (*see Matter of Adabel D.*, 127 AD3d 604 [1st Dept 2015]). Concur—Friedman, J.P., Gische, Kapnick, Kahn and Gesmer, JJ.